**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TETHYAN COPPER COMPANY PTY
LIMITED,

*Petitioner*,

v.

ISLAMIC REPUBLIC OF PAKISTAN,

*Respondent*.

Civil Action No. 1:19-cv-02424 (TNM)

**JOINT STATUS REPORT**

Petitioner Tethyan Copper Company Pty Limited ("TCC") and respondent Islamic Republic of Pakistan ("Pakistan") notify the Court of the following developments.

On March 12, 2021 Pakistan filed an Application for Revision of the award that is the subject of this proceeding (the "Application") with the Secretary-General of the International Centre for Settlement of Investment Disputes ("ICSID").  On March 16, 2021, the Secretary General of ICSID notified the parties that she registered the Application, and that the "enforcement of the Award is provisionally stayed" in accordance with ICSID Rule 54, which provides for an automatic stay on request pending a decision by the arbitral tribunal regarding whether a stay of enforcement should be continued pending further ICSID proceedings.  A copy of the March 16, 2021 Notice of Registration is attached hereto as Exhibit A.

The parties have agreed that further proceedings in this case be stayed while an ICSID stay of enforcement remains in place.  While TCC does not object to a stay of further proceedings in this Court for the duration of the provisional stay, it is TCC's position that the stay of enforcement

does not affect existing orders and judgments or ongoing conservatory measures in other jurisdictions, including, without limitation, the ongoing receivership in the British Virgin Islands.

Dated: March 23, 2021

Respectfully Submitted,

John M. Conlon (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
T: (212) 506-2500
jconlon@mayerbrown.com

Jawad Ahmad (*pro hac vice*)
MAYER BROWN INTERNATIONAL LLP
201 Bishopsgate, London EC2M 3AF
T: +44 20 3130 3072
jahmad@mayerbrown.com

By:   /s/ Reginald R. Goeke

Reginald R. Goeke (DC Bar No. 435613)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
T: (202) 263-3000
F: (202) 263-3300
rgoeke@mayerbrown.com

*Counsel for Respondent*

By:   /s/ Matthew D. McGill (with consent)

Robert Weigel, N.Y. Bar #1809284
rweigel@gibsondunn.com
Jason Myatt, N.Y. Bar #4450599
jmyatt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

Matthew D. McGill, D.C. Bar #481430
mmcgill@gibsondunn.com
Matthew S. Rozen, D.C. Bar #1023209
mrozen@gibsondunn.com
Katherine Maddox Davis,
D.C. Bar #888283826
kdavis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP 1050
Connecticut Avenue, N.W. Washington, DC
20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Counsel for Petitioner*